OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the determination of the Commissioner of Correction reinstated.
 

 In view of the consistent pattern of misconduct as found by the hearing officer and confirmed by the Commissioner of Correction, we cannot say that the penalty of dismissal is so disproportionate to petitioner’s offenses as to mandate modification.
 
 (Matter of Pell v Board of Educ.,
 
 34 NY2d 222, 233.) It is irrelevant that the necessary aims of discipline in the department could have been achieved by a less severe sanction.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur in memorandum.
 

 Order reversed, etc.